UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES BUSH,
                Plaintiff,

        v.

SUNNYVALE DEPT. OF PUBLIC SAFETY,
                Defendants.

Case No.  CV-08-1354-JF

ORDER TO SHOW CAUSE RE:
 DISMISSAL

        The above named matter came regularly for a case management conference hearing

before the Honorable Jeremy Fogel in Courtroom 3, on May 23, 2008 at 10:30 a.m.

No appearance was made by Plaintiff.  The Court hereby issues an ORDER TO SHOW CAUSE

to be heard on June 27, 2008 at 10:30  a.m. as to why this action should not be dismissed

for failure to prosecute.  If Plaintiff does not file a response to the ORDER TO SHOW CAUSE

by June 17, 2008, demonstrating why the case should not be dismissed, the Court  will dismiss

the action, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: May 27, 2008

_____
JEREMY FOGEL
United States District Judge