**E-Filed 9/13/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, et al.,<br><br>　　　　　Defendants. | Case Number 5:08-cv-01354-JF/PVT<br><br>ORDER[1] TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

　　　　On June 20, 2008, this Court denied Plaintiff's request for leave to proceed *in forma pauperis*. Plaintiff appealed that ruling. On October 22, 2009, the Court of Appeals dismissed Plaintiff's appeal for failure to prosecute. On February 16, 2010, Plaintiff paid the filing fee for the instant action. Plaintiff has not filed any documents since then. Nor does it appear that Plaintiff has effected service of process upon Defendants. Accordingly, Plaintiff is directed to show cause, in writing and on or before October 8, 2010, why this action should not be dismissed

---

　　[1] This disposition is not designated for publication in the official reports.

Case No. 5:08-cv-01354-JF/PVT
ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
(JFLC2)

1  for failure to prosecute.

2      IT IS SO ORDERED.

4  DATED:  9/13/2010

6                                                  _____
                                                JEREMY FOGEL
                                                United States District Judge

2

1   This Order was served upon the following persons:

2

3   James Alan Bush
    DWF967-08086698
4   Santa Clara Cty Corr Dept
    885 N. San Pedro Avenue
5   San Jose, CA 95110

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:08-cv-01354-JF/PVT
ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
(JFLC2)