UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ALAN BUSH,

    Plaintiff,

    v.

SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, et al.,

    Defendants.
_____/

No. C 08-1354 PJH

**ORDER OF DISMISSAL**

    Plaintiff James Alan Bush having failed to file proofs of service of the summons and complaints on defendants, by the deadline set by the court in its order of September 29, 2011, this action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: November 4, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge