1  James Alan Bush
   471 East Julian Street
2  San Jose, California 95112
   (408) 791-4866
3
   Plaintiff in pro per
4

**FILED**

DEC – 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8           UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10              OAKLAND DIVISION

13  James Alan Bush,                    Case No. C 08-01354 PJH

14          Plaintiff,                  MOTION FOR LEAVE TO APPEAL
                                        IN FORMA PAUPERIS
15      v.
                                        [Fed. R. App. P. 24(b)]
16  Sunnyvale Department of
    Public Safety, et al.,
17
            Defendants.                 Judge Phyllis J. Hamilton
18

19                     **RELIEF SOUGHT**

20  Plaintiff, James Alan Bush, moves the Court for an order permitting

21  him to prosecute an appeal from the judgment entered by this Court on

22  November 4th, 2011, in forma pauperis.

23                    **GROUNDS FOR MOTION**

24  1.   This motion is authorized by the provisions of Section 1915 of

25       Title 28 of the United States Code, and by Rule 24 of the Federal

26       Rules of Appellate Procedure.

27  2.   The required Affidavit of James Alan Bush, which is attached in

MOTION                   PAGE 1 OF 4                   C 08-01354 PJH

support of this motion, shows that plaintiff is "a person unable to

pay...fees or give security therefor" within the meaning of Section

1915(a)(1) of Title 28.

3.  Plaintiff desires to assert on appeal that the decision to dismiss

this case was erroneous in that the Court failed to notice plaintiff

of an order with which he purportedly failed to comply, specifically,

the order setting a deadline to file proof of service of summons

to the defendants. Plaintiff will prove that, due to a clerical

error, this order was never delivered to him because the Court

failed to properly address its correspondence [see Docket No. 138],

even though the plaintiff notified the Clerk by letter of his new

address two months prior and also had filed several documents with

the Court using his current address, and that the Court itself used

his current address on several previous and subsequent occasions.

Plaintiff will argue that, because this clerical error was no

fault of his own, additional time should be granted to comply with

the order, and that the dismissal should be set aside pursuant to

Rule 60(b)(5) of the Federal Rules of Civil Procedure, which permits

a court to relieve a party from an otherwise final judgment "when

it is no longer equitable that the judgment should continue to have

prospective application."

4.  The assertion of errors described above constitute arguable

assertions of law, and are in fact supported by various authorities,

including:

a.      that the Court failed to comply with Code Civ. Proc. §

        1013(a), which governs service by mail, and which requires the

        order served to be "addressed to the person on whom it is to

be served, at the address as last given by that person on any document filed in the cause and served on the party making service by mail..." [Code Civ. Proc. § 1013(a)];

    b.    that several courts have held that section 1013, subdivision (a) is applicable to this Court [Lee v. Placer Title Co. (1994) 28 Cal.App.4th 503, 510 (Lee) (because notice "was not sent to the 'address as last given by [litigant] on any document filed in the cause,' as required by section 1013, subdivision (a), the notice was not effective" and the dismissal subsequently entered was void); Triumph Precision Products, Inc. v. Insurance Co. of North America (1979) 91 Cal.App.3d 362, 365 (Triumph) (section 1013, subdivision (a) "is applicable to the mailing by a court clerk of notice announcing the entry of an appealable judgment or order");

    c.    that service by mail "requires strict compliance with all statutory requirements" [Lee, *supra*, 28 Cal.App.4th at p. 509]; and,

    d.    that where a notice is improperly addressed, "it is as though notice were never mailed by the clerk" [Triumph, *supra*, 91 Cal. App.3d at p. 365].

5.    In seeking to proceed in forma pauperis, plaintiff is not required to establish that he will actually prevail on appeal, but only that he desires to assert arguments on appeal that are not "frivolous" [*see, e.g.,* Free v. United States, 879 F.2d 1535, 1536 (7th Cir. 1989)]. An appeal is not "frivolous" within the meaning of Section 1915 when it asserts any contention that is, conceivably, arguable [*see, e.g.,* Livingston v. Adirondack Beverage Co., 141 F.3d 434, 437 (2d Cir.

1  1998)]. As noted in Paragraph 4 of this motion, there is authority

2  that supports the arguments that plaintiff desires to assert on

3  appeal.

4      For all of the reasons stated in this motion, plaintiff respectfully

5  requests that this motion be granted.

6  Dated: December 5th, 2011

7                                              By: X _____
                                                      James Alan Bush
8                                                     Plaintiff in pro per

9                                                                        //

10                                                                       //

11                                                                       //

12                                                                       //

13                                                                       //

14                                                                       //

15                                                                       //

16                                                                       //

17                                                                       //

18                                                                       //

19                                                                       //

20                                                                       //

21                                                                       //

22                                                                       //

23                                                                       //

24                                                                       //

25                                                                       //

26                                                                       //

27                                                                       //

MOTION                          PAGE  4  OF  4                    C 08-01354 PJH

Form 4.          **Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**Appellant or Petitioner,** James Alan Bush

v.                                                           **Case No.** C 08-01354 PJH

**Appellee or Respondent,** Snyvl. Dept. of Pub. Safety, et al.

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. sec. 1746; 18 U.S.C. sec 1621.

**Signed:** _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need nore space to answer a question, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Date:** December 5th, 2011

---

**My issues on appeal are:** This case was erroneously dismissed in that the Court failed to notice plaintiff of an order with which he purportedly failed to comply, specifically, the order setting a deadline to file proof of service of summons to the defendants. Plaintiff will prove that, due to a clerical error, this order was never delivered to him because the Court failed to properly address its correspondence [see Docket No. 138], even though the plaintiff notified the Clerk by letter of his new address two months prior and also had filed several documents with the Court using his current address, and that the Court itself used his current address on several previous and subsequent occasions. Plaintiff will argue that, because this clerical error was no fault of his own, additional time should be granted to comply with the order, and that the dismissal should be set aside pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure, which permits a court to relieve a party from an otherwise final judgment "when it is no longer equitable that the judgment should continue to have prospective application."

-1-

1.   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment Payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-Assistance (such as welfare) | $ 360 | $ 0 | $ 360 | $ 0 |
| Other (specify) n/a | $ 0 | $ 0 | $ 0 | $ 0 |
| TOTAL MONTHLY INCOME: | $ 360 | $ 0 | $ 360 | $ 0 |

2.  List your employment history, most recent employer first.
    *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Emplyoment | Gross Monthly Pay |
|---|---|---|---|
| Cloudmark, Inc. | 128 King Street, 2nd Floor San Francisco, California 94107 | From August 2004 To July 2005 | $ 8,000 |
| DigitalPersona, Inc. | 720 Bay Road Redwood City, California 94063 | From January 2000 To April 2004 | $ 8,000 |
| Harris Broadcast Automation Solutions | 1134 East Arques Avenue Sunnyvale, California 94085 | From October 1998 To December 1999 | $ 7,500 |
| International Consulting Group, Inc. | 2021 The Alameda, Suite 220 San Jose, California 95126 | From June 1998 To September 1998 | $ 3,750 |

3.  List your spouse's employment history, most recent employer first.
    *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Emplyoment | Gross Monthly Pay |
|---|---|---|---|
| - | - | From - To - | $ 0 |
| - | - | From - To - | $ 0 |
| - | - | From - To - | $ 0 |
| - | - | From - To - | $ 0 |

4.     How much cash do you and your spouse have?     $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| - | - | $ 0 | $ 0 |
| - | - | $ 0 | $ 0 |
| - | - | $ 0 | $ 0 |
| - | - | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutuional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account .

5.     List the assets, and their values, which you own or your sopuse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| n/a | $ 0 | n/a | $ 0 |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| n/a | n/a | - | $ 0 |
| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
| n/a | n/a | - | $ 0 |

| Other Assets | Value |
|---|---|
| n/a | $ 0 |
| n/a | $ 0 |
| n/a | $ 0 |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | $ 0 | $ 0 |
| n/a | $ 0 | $ 0 |
| n/a | $ 0 | $ 0 |

7.  State the persons who rely on you or your spouse for support.  If a dependent is a minor, list only the initials and not the full name.

| Name | Relationship | Age |
|---|---|---|
| n/a | - | 0 |
| n/a | - | 0 |
| n/a | - | 0 |

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>- Are real estate taxes included?  ☐ Yes  ☐ No<br>- Is property insurance included?  ☐ Yes  ☐ No | $ 400 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 200 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 50 | $ 0 |
| Medical and dental expenses | $ 30 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 25 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments)<br>- Homeowner's or renter's........................................ | $ 0 | $ 0 |
| - Life..................................................... | $ 0 | $ 0 |
| - Health.................................................. | $ 0 | $ 0 |
| - Motor Vehicle.......................................... | $ 0 | $ 0 |
| - Other: n/a | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments)<br>Specify: n/a | $ 0 | $ 0 |
| Installment payments<br>- Motor Vehicle.......................................... | $ 0 | $ 0 |
| - Credit Card    (name): n/a | $ 0 | $ 0 |
| - Department Store    (name): n/a | $ 0 | $ 0 |
| - Motor Vehicle.......................................... | $ 0 | $ 0 |

-6-

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify) n/a | $ 0 | $ 0 |
| **Total Monthly Expenses:** | $ 705 | $ 0 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes    ☒ No

    If yes, describe on an attached sheet.

10. Have you paid--or will you be paying--an attorney any money for services in connection with this case, including the completion of this form?

    ☐ Yes    ☒ No

    If yes, how much?   $ 0

    If yes, state the attorney's name, address, and telephone number.

    | | |
    |---|---|
    | Name | n/a |
    | Address | - |
    | City | - |
    | State | - |
    | Zip Code | - |

    Telephone Number (ex., 4153558000)  -

11. Have you paid--or will you be paying--anyone other than attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes    ☒ No

    If yes, how much?   $ 0

    If yes, state the attorney's name, address, and telephone number.

    | | |
    |---|---|
    | Name | n/a |
    | Address | - |
    | City | - |
    | State | - |
    | Zip Code | - |

    Telephone Number (ex., 4153558000)  -

-7-

12.  Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I was recently released from an in-custody stay of nearly three years. I have no cash and no assets, and am relying on public assistance to pay basic living expenses.

13.  State the city and state of your legal residence.

City   San Jose        State  CA

Your daytime telephone number (ex., 4153558000)   (408) 791-4866

Your age: 39     Your years of schooling: 15 years

Last four digits of your Social Security Number (ex.,6789)   4,948