James Alan Bush
471 East Julian Street
San Jose, California 95112
(408) 791-4866

Plaintiff in pro per

FEE NOT PAID

FILED

2011 DEC 21  A 11: 25

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush,<br><br>         Plaintiff,<br><br>    v.<br><br>Sunnyvale Department of<br>Public Safety, et al.,<br><br>         Defendants. | Case No. 08-cv-01354 (PR) JF<br><br>NOTICE OF APPEAL<br><br><br><br><br><br>Judge Lucy H. Koh |

**NOTICE OF APPEAL**

TO THE HONORABLE LUCY H. KOH, JUDGE, UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that James Alan Bush, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered in this action on the 14th day of December, 2011.

Dated: December 20th, 2011

By: X _____
                James Alan Bush
                Plaintiff in pro per