*E-FILED:  February 22, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, | No. C08-01354 LHK (HRL) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR PRODUCTION OF PRIOR STATEMENTS** |
| v. | |
| SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, et al., | **[Re:  Docket No. 180]** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(b)(3)(C), plaintiff James Alan Bush moves for an order

compelling the County Public Defender's Office (Office) to produce statements that it

reportedly made about the instant lawsuit.[1]  That rule, however, provides that a party may obtain

his or her *own* prior statements about an action or its subject matter.  Moreover, although Bush

says that he is seeking to have a prior order of dismissal vacated, the fact remains that the Office

is not a party to this action.  In any event, it appears that this case has not progressed to the

point where plaintiff would be entitled to take discovery from any source.  FED. R. CIV. P.

26(d)(1).  Accordingly, plaintiff's motion to compel is denied.

SO ORDERED.

Dated: February 22, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1]     The matter is deemed suitable for determination without oral argument, and the noticed motion hearing is vacated.  CIV. L.R. 7-1(b).

United States District Court

For the Northern District of California

**United States District Court**

For the Northern District of California

1    5:08-cv-01354-LHK Notice sent by U.S. Mail to:

2    James Alan Bush
     471 East Julian Street
3    San Jose, CA 95112

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28