**\*E-FILED: February 29, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, | No. C08-01354 LHK (HRL) |
| Plaintiff, <br> v. | **ORDER DENYING PLAINTIFF'S THIRD MOTION FOR PRODUCTION OF PRIOR STATEMENTS** |
| SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, et al., | **[Re: Docket No. 193]** |
| Defendants. | |

In two prior motions, plaintiff James Alan Bush sought orders, pursuant to Fed. R. Civ. P. 26(b)(3)(C), compelling the County Public Defender's Office to produce statements that it reportedly made about the instant lawsuit. On February 22, 2012, this court denied plaintiff's request (Dkt. No. 184). Now, plaintiff has filed a third request seeking the same relief, albeit he has styled his request as a discovery report this time.[1] Plaintiff's third request is denied for the reasons stated in this court's February 22, 2012 order. To the extent plaintiff might be seeking expedited discovery pursuant to Fed. R. Civ. P. 26(d)(1), this court does not find good cause to permit it.

Additionally, plaintiff is advised that if he persists in filing repetitive motions for the

---

[1] The matter is deemed suitable for determination without oral argument, and plaintiff's request for a hearing is denied. Civ. L.R. 7-1(b).

same relief that has already been denied, this court will consider imposing sanctions.

SO ORDERED.

Dated: February 29, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:08-cv-01354-LHK Notice sent by U.S. Mail to:

James Alan Bush
471 East Julian Street
San Jose, CA 95112