UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, et al.,<br><br>　　　　　Defendants. | Case No.: 5:08-CV-01354-LHK<br><br>ORDER RE MOTION FOR DEFAULT JUDGMENT |

On April 10, 2012, the Court granted Plaintiff James Alan Bush's ("Plaintiff") motion for entry of default against Defendant Long Than Cao ("Cao"). ECF No. 196. Among other things, the Court ordered Plaintiff to file a motion for default judgment within 45 days of the Clerk's entry of default. *Id.* On April 11, 2012, the Clerk entered default and mailed to Plaintiff via U.S. mail a copy of the notice of entry of default. *See* ECF No. 197. Thus, Plaintiff's motion for default judgment was due May 28, 2012. As of the date of this Order, Plaintiff has not filed a motion for default judgment. However, the Court notes that there is no certificate of mailing associated with the April 10, 2012 Order, which indicates that Plaintiff may not have received a copy of the April 10, 2012 Order. Accordingly, Plaintiff is given leave until **August 23, 2012** to file a motion for default judgment. Plaintiff's failure to file a motion for default judgment by **August 23, 2012** will result in a dismissal with prejudice for failure to prosecute. A case management conference

remains set for September 5, 2012, at 1:30 p.m.  The Clerk shall mail to Plaintiff a copy of this Order and the April 10, 2012 Order granting Plaintiff's motion for entry of default.

**IT IS SO ORDERED.**

Dated: July 23, 2012

_____
LUCY H. KOH
United States District Judge